and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Construction of the Last Will and Testament and Codicil Thereto of WILLIAM ALLEN, Deceased, and of the Judicial Settlement of the Account of the Proceedings of ANNIE B. ALLEN and Others, as Trustees under the Last Will and Testament of WILLIAM ALLEN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Accounting of MAURICE B. ATKINSON, as Administrator, etc., of ELBRIDGE C. ATKINSON, Deceased.— Motion to dismiss appeal denied, without costs.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Accounting of MAURICE B. ATKINSON, as Administrator, etc., of ELBRIDGE C. ATKINSON, Deceased.— Motion for extension of time to serve case on appeal granted, and time extended until October 14, 1922.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Petition of FLORENCE S. DUNLOP, to Render and Settle Her Account as Executrix, etc., of EMILY M. SALMON, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of Supplementary Proceedings: JOHN MIELE, Respondent, v. FELICIANO ACIERNO, Appellant.— Motion to dismiss appeal denied, without costs.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Probate of the Paper Writing Propounded as the Last Will and Testament of CHARLES SWEENEY, Deceased.— Motion to dismiss appeal denied, without costs.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the TRANSIT CONSTRUCTION COMMISSIONER, etc., Relative to Acquiring Title in Peartree Avenue, etc.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

LESTER W. KAUFMAN, Respondent, v. SALVATORE SALERNO, Appellant.— Motion to punish plaintiff for contempt granted.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.   Settle order on notice before Mr. Justice Young.

WILLIAM C. LANGE, Respondent, v. EMPIRE TUBE AND STEEL CORPORATION, Appellant.— Motion for judgment of affirmance in the sum of $4,500 as of July 25, 1922, granted on stipulation.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

THEODORE DeWITT MOORE, Appellant, v. WILLIAM P. BONBRIGHT, INC., and Others, Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals denied.   Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

NEW YORK AND RICHMOND GAS COMPANY, Respondent, v. LEWIS NIXON and